# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                                     )      No. 77533-2-I
           Respondent, )
                                       )      DIVISION ONE
          v. )
                                       )      UNPUBLISHED OPINION
ROBERT NEWKIRK ARIAGA, )
                                       )
                     Appellant. )      FILED:    JUL 1 6 2018

PER CURIAM — Robert Ariaga appeals from the sentence imposed following his conviction for domestic violence felony violation of a court order. We accept the State's concession that the trial court erred in specifying the term of community custody. Accordingly, we remand for correction of the term of community custody to comply with RCW 9.94A.701(9). See also State v. Bruch, 182 Wn.2d 854, 346 P.3d 724 (2015).

Remanded for further proceedings.

FOR THE COURT:

Trickey, J.

Spearman, J.

Leach, J.